IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL J. OLIVER,  3:12-cv-00135-AC

        Plaintiff,  ORDER

  v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

MARSH, Judge

    Magistrate Judge Acosta issued a Findings and Recommendation on March 4, 2013, recommending that the Social Security Commissioner's final decision be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). No objections have been timely filed.

    When neither party objects to a Magistrate Judge's Findings and Recommendation, this court is relieved of its obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, I find no error.

1 - ORDER

Accordingly, the court ADOPTS Magistrate Judge Acosta's Findings and Recommendation (#15) and this proceeding is DISMISSED.

IT IS SO ORDERED.

DATED this 20 day of March, 2013.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER